AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| SOKOLSKYFILM, INC. | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 0:25-cv-60023-RS |
| JAZZIZ PUBLISHING LLC, and MICHAEL FAGIEN | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   JAZZIZ PUBLISHING LLC
Registered Agent: Zakiya Fagien
7610 S Cypresshead Dr.
Parkland, Florida 33067

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   DUNCAN FIRM, P.A.
James H. Bartolomei III
809 W. 3rd Street
Little Rock, Arkansas 72201
Tel.: (501) 228-7600
james@duncanfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Jan 7, 2025



Angela E. Noble
Clerk of Court

SUMMONS

s/ J. Adams

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| SOKOLSKYFILM, INC. | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 0:25-cv-60023-RS |
| JAZZIZ PUBLISHING LLC, and MICHAEL FAGIEN | ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  MICHAEL FAGIEN
Registered Agent: Zakiya Fagien
7610 S Cypresshead Dr.
Parkland, Florida 33067

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  DUNCAN FIRM, P.A.
James H. Bartolomei III
809 W. 3rd Street
Little Rock, Arkansas 72201
Tel.: (501) 228-7600
james@duncanfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Jan 7, 2025



Angela E. Noble
Clerk of Court

**SUMMONS**

s/ J. Adams

Deputy Clerk
U.S. District Courts